# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-578
_____

COLLIS D. RICH,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

September 22, 2021

PER CURIAM.

Collis D. Rich appeals an order summarily denying his postconviction motion filed under Florida Rule of Criminal Procedure 3.801. In his January 8, 2021 motion, Rich asserted that he was entitled to additional jail credit for time he spent in jail in 2009. The trial court correctly denied the motion as untimely. *See* Fla. R. Crim. P. 3.801(b) ("No motion shall be filed or considered pursuant to this rule if filed more than 1 year after the sentence becomes final."); *In re Amendments to Fla. Rules of Criminal Procedure & Fla. Rules of Appellate Procedur*e, 132 So. 3d 734, 746–47 (Fla. 2013) (amending rule 3.801(b) to add, "For sentences imposed prior to July 1, 2013, a motion under this rule may be filed on or before July 1, 2014.").

AFFIRMED.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

––––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––––

Collis D. Rich, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.